THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terry Perry Michael Scott, Appellant.
 
 
 

Appeal From Pickens County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion 2007-UP-303
 Submitted June 1, 2007  Filed June 8,
 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for
 Respondent.
 
 
 

PER
 CURIAM:  Terry Perry
 Michael Scott appeals his convictions and sentences for criminal sexual conduct
 with a minor, second degree, and committing a lewd act on a child.  Counsel for
 Scott attached to the final brief a petition to be relieved as counsel.  Scott
 filed a separate pro se response.
After a review of the record as required by Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues
 that are arguable on their merits.  Accordingly, we dismiss Scotts appeal and
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.